DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FREDERICK G. WADE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3546

[April 18, 2019]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph George Marx, Judge; L.T. Case No. 50-2011-CF-007772-AXXX-MB.

Glenn H. Mitchel, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*